United States District Court
Southern District of Texas
**ENTERED**
July 10, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| GARY FORD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-144 |
| | § | |
| STRATEGIC CONTRACT RESOURCES, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL DISMISSAL ORDER

Before the Court is the parties' Joint and Agreed Motion to Dismiss with Prejudice. Dkt. 9. Upon consideration of the joint stipulation, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff against Defendant are hereby **Dismissed without prejudice**.

It is further **ORDERED** that all costs are taxed against the party incurring the same.

It is further **ORDERED** that all pending motions are hereby **DENIED as moot**.

SIGNED on July 10, 2017 at Galveston, Texas.

George C. Hanks, Jr.
United States District Judge